**Dismissed and Memorandum Opinion filed July 19, 2012.**



In The

# Fourteenth Court of Appeals

## NO. 14-08-00651-CV

**RONALD KEITH BLOOMINGKEMPER, UNITED SECURITIES ALLIANCE, INC., AND MARKETING ALLIANCE, INC., Appellants**

**V.**

**JOHN W. MCCAIN, SAVANNA MCCAIN, TIM SHOULDERS, MICHELLE SHOULDERS, TERRY YARBROUGH, MARK YAWS, AMY YAWS, KAREN WESSELS, BETTY J. WEST, BOBBY L. WEST, MICHAEL B. COCUREK, JAMES PETKAS, LEAH D. PETKAS, JAMES A. TOUCHSTONE, KEVIN WASNER, INTREPID INTERNATIONAL INVESTMENTS, INC., ARMANDO LOPEZ, HILDA PEREZ LOPEZ, AND MAXIMO H. MARTINEZ, Appellees**

On Appeal from the 151st District Court
Harris County, Texas
Trial Court Cause No. 97-45765

## MEMORANDUM OPINION

On May 24, 2012, this court issued an order stating that unless appellants submitted a brief on or before June 25, 2012, the court would dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellants filed no response.  Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Chief Justice Hedges and Justices Seymore and Brown.